RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2016 JUN -6 PM 2: 01

TIM J. ELLIS, CLERK

IN THE UNITED STATES BANKRUPTCY COURT

BY _____
DEPUTY CLERK

FOR THE DISTRICT OF WYOMING

In Re: )
    TERRI LYN BAKER )
) Case No. 11-21182
)
Debtor(s) )

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

I, Randy L. Royal, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the person to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| Surplus | 124 | Terri Lyn Baker<br>1020 Country Club Rd #8G<br>Gillette, WY 82718 | $3,632.23 |

3. That the Trustee's check for $3,632.23 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED: April 19, 2016

_____
Randy L. Royal, Chapter 7 Trustee