

FILED

10:38 am, 9/9/16

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re:                          )
        TERRI LYN BAKER         )
                                )       Case No. 11-21182
                                )
                    Debtor(s)   )

## ORDER ON TRUSTEE'S OBJECTION TO CLAIM(S)

THIS MATTER having come before the Court on the Trustee's Objection to Claim(s), and the Court finding that no traverse(s) has been filed to the Trustee's Objection, and it generally appearing to the Court that claim no. 4 filed by Gillette Medical Imaging in the amount of $32.65 should be disallowed,

IT IS THEREFORE ORDERED that claim no. 4 filed by Gillette Medical Imaging in the amount of $32.65 is disallowed.

BY THE COURT:

_Cathleen D. Parker_

_____     9/9/2016

HONORABLE CATHLEEN D. PARKER
UNITED STATES BANKRUPTCY JUDGE